DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 NOVEMBER 2015

| 315P15 | Quality Built Homes Incorporated and Stafford Land Company, Inc. v. Town of Carthage | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA15-115) | 1. Allowed |
| | | 2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 2. Allowed |
| | | 3. Motion of the N.C. Home Builder's Association for Leave to File *Amicus Curiae* Brief | 3. Allowed |
| | | 4. Motion of the Leading Builders of America for Leave to File *Amicus Curiae* Brief | 4. Allowed |
| 316P15 | The Estate of Jerry Jacobs, The Estate of Ann Shepard, The Estate of Connie Tindall, and The Estate of Joe (William Dallas) Wright v. State of North Carolina | Plts' PDR Under N.C.G.S. § 7A-31 (COA15-146) | Denied |
| 317P15 | David W. Thompson v. Bank of America, N.A.; PRLRAP, Inc.; Nationwide Trustee Services, Inc.; BAC Home Loans Servicing, LP; Saxon Mortgage Services, Inc.; Wendy B. Cole; and Mattressa R. Morris | 1. Plaintiff's *Pro Se* NOA Based Upon a Constitutional Question (COA15-20) | 1. Dismissed *ex mero motu* |
| | | 2. Plaintiff's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| 319P15 | State v. Carlton Washington Tomlinson | 1. Def's Motion for Temporary Stay | 1. Allowed **09/10/2015** Dissolved **11/05/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. Denied |
| | | 3. Def's PDR (COA14-1016) | 3. Denied |
| 322P15-2 | State v. Raymond Alan Griffin | Petitioner's *Pro Se* Motion for Appeal of *Habeas Corpus* | Denied **10/21/2015** |
| 323P15 | Robert A. Izydore v. Alade Tokuta, Caesar Jackson, Bernice D. Johnson, North Carolina Central University and the State of North Carolina | 1. Plt's PDR Under N.C.G.S. § 7A-31 (COA14-1220) | 1. Denied |
| | | 2. Plt's Conditional Motion to Treat His PDR as a Petition for *Certiorari* | 2. Allowed |